UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| PAYAL KAPOOR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 18 C 7867 |
|  | ) |  |
| ANDREW SAUL, Commissioner of Social Security, | ) | Magistrate Judge Cummings |
|  | ) |  |
| Defendant. | ) |  |

**DEFENDANT'S AGREED MOTION FOR ENTRY OF JUDGMENT UNDER RULE 58 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendant Andrew Saul, Commissioner of Social Security, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, requests that the court enter a separate judgment order under Fed. R. Civ. P. 58 following its April 23, 2021 order (Dkt. 29) remanding the case to the Commissioner for further administrative action, and in support states as follows:

1. The court entered an order granting plaintiff's motion for summary judgment, denying the Commissioner's motion for summary judgment, and remanding the case to the Commissioner for further administrative action, but did not enter a separate judgment order under Fed. R. Civ. P. 58.

2. Entry of a separate judgment order under Rule 58 is necessary for the matter to be remanded to the Commissioner for further administrative action under Title 42 U.S.C. § 405(g) (a "sentence four remand").

3. In an email dated April 30, 2021, plaintiff's counsel Andrew M. Allamian, stated that he had no objection to this motion.

WHEREFORE, the defendant Commissioner requests that the court enter a separate Rule 58 judgment order remanding the matter to the Commissioner for further administrative action.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Jimmy L. Arce
JIMMY L. ARCE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8449
jimmy.arce@usdoj.gov

Of Counsel:

KATHRYN CALDWELL
Regional Chief Counsel

JOHN CHADWICK
Assistant Regional Counsel
Social Security Administration
Office of the General Counsel, Region V
600 West Madison Street, Sixth Floor
Chicago, Illinois 60661
(312) 596-1825